In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

ELIZABETH HOLDAMPF et al., Respondents, v A.C. & S., INC., et al., Defendants, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Submitted August 1, 2005; decided August 25, 2005

Motion by Asbestos Disease Awareness Organization et al. for

leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.